IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Miscellaneous Case No. _____ |
| | * | |
| ROBBIE L. COLWELL, | * | Criminal No. 04-543-02 (GK) |
| | * | |
| *Defendant.* | * | |
| | * | |
| SUSAN CONNER, | * | |
| | * | |
| *Petitioner.* | * | |

**MOTION FOR LEAVE TO FILE AN OPPOSITION TO
DEFENDANT ROBBIE COLWELL'S MOTION TO UNSEAL
PRE-SENTENCE INVESTIGATION REPORTS IN
RELATED CASES AND OPPPOSITION TO MOTION**

Petitioner, Susan M. Conner, by and through the undersigned counsel, William Brennan, Jr., Esq., and Brennan Sullivan & McKenna LLP, moves for leave to file an opposition to the Motion of Robbie L. Colwell to Unseal The Pre-sentence Investigation Report In Related Cases. Petitioner states the following grounds in support thereof:

1. William C. Brennan, Jr., Esq., of the law firm of Brennan Sullivan & McKenna LLP represents Susan M. Conner in the case styled *United States v. Susan M. Conner* (Criminal No. 04-503 GK).

2. On December 20, 2006, Ms. Conner was sentenced pursuant to a plea of guilty.

3. On August 6, 2007, Ms. Conner (through the undersigned counsel) received the instant "Motion to Unseal Pre-Sentence Investigation Report in Related Cases" filed by Robbie Colwell (hereinafter referred to as the "Motion to Unseal").

4. By Order dated August 6, 2007, the Court (Kessler, J.) ordered that the United States file its Opposition to Defendant's Motion to Unseal on or before August 20, 2007.

5. Given that Ms. Conner was separately sentenced, undersigned counsel now seeks leave to appear in Criminal No. 04-0543-02 for the limited purpose of filing an opposition to Defendant Colwell's Motion to Unseal.

6. Granting leave to Ms. Conner to respond to Defendant Colwell's Motion to Unseal will not unduly delay the Court's consideration of the Motion to Unseal. Furthermore, given that the Motion to Unseal has a direct bearing on the privacy of Ms. Conner, the interests of the fair administration of justice warrant that Ms. Conner be permitted to respond to Defendant Colwell's request.

7. The Government has opposed Mr. Colwell's Motion to Unseal and has suggested in footnote 3 "that the court solicit the position of the remaining defendants".

8. If so solicited, Ms. Conner would adopt the reasons stated in the Government's motion and oppose Mr. Colwell's Motion to Unseal.

9. Ms. Conner, through undersigned counsel, respectfully requests that this new miscellaneous matter be assigned to The Honorable Gladys Kessler.

**WHEREFORE**, Petitioner Susan M. Conner respectfully requests that this Honorable Court enter an Order:

A. Assigning this new miscellaneous matter to The Honorable Gladys Kessler; and

B. Granting the instant motion for leave permitting Ms. Conner to file an opposition to Defendant Robbie Colwell's Motion to Unseal, and

C. Granting her such other relief as may be required by the nature of these circumstances and the interests of justice.

Date: August 23, 2007

Respectfully submitted,

Brennan Sullivan & McKenna LLP

_____
WILLIAM C. BRENNAN, JR.
Federal Trial Bar No. 00465
6503 Ivy Lane, Suite 700
Greenbelt, MD 20770
301.474.0044

*Attorney for Petitioner Susan M. Conner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion For Leave to File An Opposition To Defendant Robbie Colwell's Motion to Unseal Pre-Sentence Investigation Reports in Related Cases was mailed, via U.S. First Class Mail, postage prepaid, to:

Sherri L. Berthrong, Esquire
Assistant United States Attorney
Special Proceedings Division
555 4th Street, NW – Room 10-450
Washington, DC  20530

Gary M. Sidell, Esquire
1101 Connecticut Avenue, NW
Suite 1000
Washington, DC  20036

Peter R. Maignan, Esquire
c/o Law Offices of Herbert A. Callihan, LLC
5000 Sunnyside Avenue, Suite 201
Beltsville, MD  20705

Steven C. Tabackman, Esquire
1747 Pennsylvania Avenue, NW
Suite 300
Washington, DC  20006

Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
Frederick A. Douglas
1850 M Street, NW, Suite 640
Washington, DC  20036

Allen H. Orenberg, Esquire
The Orenberg Law Firm
11200 Rockville Pike, Suite 300
North Bethesda, MD  20852

_____
WILLIAM C. BRENNAN, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Miscellaneous Case No. _____ |
| | * | |
| ROBBIE L. COLWELL, | * | Criminal No. 04-543-02 (GK) |
| | * | |
| *Defendant.* | * | |
| | * | |
| SUSAN CONNER, | * | |
| | * | |
| *Petitioner.* | * | |

## ORDER

Upon consideration of Petitioner Susan Conner's Motion For Leave To File An Opposition To Defendant Robbie Colwell's Motion To Unseal Pre-Sentence Investigation Reports In Related Cases and Opposition To Motion, it is this _____ day of _____, 2007, hereby

ORDERED, that this new miscellaneous matter be assigned to The Honorable Gladys Kessler; and it is further

ORDERED, that the motion is granted; and it is further

ORDERED, that Petitioner Conner be permitted to file an opposition to Defendant Robbie Colwell's Motion to Unseal Pre-Sentence Investigation Reports In Related Cases.

_____
U. S. DISTRICT COURT JUDGE

Copies to:

Sherri L. Berthrong, Esquire
Assistant United States Attorney
Special Proceedings Division
555 4th Street, NW – Room 10-450
Washington, DC  20530

Gary M. Sidell, Esquire
1101 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

Peter R. Maignan, Esquire
c/o Law Offices of Herbert A. Callihan, LLC
5000 Sunnyside Avenue, Suite 201
Beltsville, MD 20705

Steven C. Tabackman, Esquire
1747 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006

Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
Frederick A. Douglas
1850 M Street, NW, Suite 640
Washington, DC 20036

William C. Brennan, Jr., Esquire
Brennan Sullivan & McKenna LLP
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

Allen H. Orenberg, Esquire
The Orenberg Law Firm
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852