IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Miscellaneous Case No. 07-350 |
| | * | |
| ROBBIE L. COLWELL, | * | Criminal No. 04-543-02 (GK) |
| | * | |
| Defendant. | * | **FILED** |
| | * | |
| SUSAN CONNER, | * | SEP 1 9 2007 |
| | * | |
| Petitioner. | * | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of Petitioner Susan Conner's Motion For Leave To File An Opposition To Defendant Robbie Colwell's Motion To Unseal Pre-Sentence Investigation Reports In Related Cases and Opposition To Motion, it is this 19th day of Sept., 2007, hereby

ORDERED, that this new miscellaneous matter be assigned to The Honorable Gladys Kessler; and it is further

ORDERED, that the motion is granted; and it is further

ORDERED, that Petitioner Conner be permitted to file an opposition to Defendant Robbie Colwell's Motion to Unseal Pre-Sentence Investigation Reports In Related Cases.

                                             Gladys Kessler
                                    U. S. DISTRICT COURT JUDGE

Copies to:

Sherri L. Berthrong, Esquire
Assistant United States Attorney
Special Proceedings Division
555 4th Street, NW – Room 10-450
Washington, DC 20530



Gary M. Sidell, Esquire
1101 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

Peter R. Maignan, Esquire
c/o Law Offices of Herbert A. Callihan, LLC
5000 Sunnyside Avenue, Suite 201
Beltsville, MD 20705

Steven C. Tabackman, Esquire
1747 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006

Curtis A. Boykin, Esquire
Douglas & Boykin PLLC
Frederick A. Douglas
1850 M Street, NW, Suite 640
Washington, DC 20036

William C. Brennan, Jr., Esquire
Brennan Sullivan & McKenna LLP
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

Allen H. Orenberg, Esquire
The Orenberg Law Firm
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852